

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Kendrick  L. Miller v. Robert T. Gregg and Kathleen C. Gregg Trust

Appellate case number:   01-19-00658-CV

Trial court case number:  1137461

Trial court:           Co Civil Ct at Law No 3 of Harris County

Appellee has filed a suggestion of bankruptcy reflecting that Appellant has filed a petition for relief under Chapter 13 of Title 11, United States Code, in Case 19-35259, in the United States Bankruptcy Court for the Southern District of Texas. It is ordered that this appeal is stayed. *See* 11 U.S.C. § 362(a) (providing filed bankruptcy petition operates as automatic stay of actions against debtor or debtor's property). It is further ordered that this appeal is abated, treated as a closed case, and removed from this Court's active docket.

Until the parties notify the Court that the bankruptcy court has lifted the stay and move to reinstate the case, the Court will take no further action other than to receive and hold any documents tendered during the period of suspension. *See* TEX. R. APP. P. 8.2. The parties are ordered to provide this Court with a status report regarding the bankruptcy within **60 days** of this order.

Unless a party successfully moves to reinstate this proceeding or sever the proceeding with respect to the bankrupt party, this appeal will be an inactive case on the Court's docket. *See* TEX. R. APP. P. 8.3.

The clerk of the court shall remove all pending motions from the Court's active calendar. The parties may re-urge any pending motions upon reinstatement of this appeal.

It is so ORDERED.

Judge's signature:        _____/s/ Russell Lloyd_____
                              Acting individually

Date: \_October 1, 2019_____